In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, for an Order to Take Possession of the Property and Conserve the Assets of the FIRST RUSSIAN INSURANCE COMPANY.

FIRST RUSSIAN INSURANCE COMPANY et al., Appellants; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of FIRST RUSSIAN INSUR-ANCE COMPANY, et al., Respondents.

Argued April 26, 1937; decided May 25, 1937.

*Paul C. Whipp* for First Russian Insurance Company et al., appellants.

*Robert J. Sykes* and *William C. Morris* for Francis J. Donnelly, appellant.

*John M. Downes* and *Alfred L. Green* for Superintendant of Insurance, respondent.

*Walter H. Pollak, G. Frank Dougherty* and *Samuel J. Silverman* for G. Frank Dougherty et al., respondents.

*Borris M. Komar* for George Brussendorff et al., respondents.

*Samson Selig* for Andrew Ditmar et al., respondents.

*Edward Ross Aranow* and *Irvine J. Shubert* for Ruth Lippner et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.